FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| J. LEE BARNARD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIM BUSBY, Warden,<br><br>　　　　　Respondent. | No. ED CV 12-2281-MWF (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: April 15, 2014

MICHAEL W. FITZGERALD
United States District Judge