JS6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| J. LEE BARNARD, | No. ED CV 12-2281-MWF (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| TIM BUSBY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 15, 2014

MICHAEL W. FITZGERALD
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY